**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUL 31 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRADLEY STEVEN BOYCE (1), <br><br> Defendant. | CASE NO. 12CR0853-WQH <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; (1) 8:1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation (2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 30, 2012

_William Q. Hayes_
William Q. Hayes
U.S. District Judge